## CERTIFICATION OF SERVICE

I, Kayla A. Pope, certify that the service of this Summons and a copy of the Complaint and Memorandum was made September 17, 2018 by:

☒      Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

David Schuck
2606 Phoenix Drive Ste. 408
Greensboro, NC 27406-6354

David Schuck
8401 Linville Oaks Drive
Oak Ridge NC 27310

DC Benefit Solutions, LLC
Attn Registered Agent:  John David Schuck
2606 Phoenix Drive Ste. 408
Greensboro, NC 27406-6354


☐      Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:


☐      Residence Service: By leaving the process with the following adult at:


☐      Certified Mail Service on: By sending the process by certified mail addressed to the following defendants at:


☐      Publication: The defendant was served as follows: [Describe briefly]


☐      State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

September 17, 2018                                         s/ Kayla A. Pope

| Print Name | Kayla A. Pope | | |
|---|---|---|---|
| Business Address | Post Office Box 989 | | |
| City    Greensboro | State    NC | Zip    27402 | |